IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SELINA J.P.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendants. | ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:22-CV-743-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B).  On July 21, 2023, Magistrate Judge Pead issued a Report and Recommendation [ECF No. 19], recommending that the court deny Plaintiff's Review of Agency Action [ECF No. 11].

　　　　The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.  As of the date of this Order, Plaintiff has not filed an Objection to the Report and Recommendation, and the time for doing so has passed.

　　　　A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court.  *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).  The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Pead's analysis and recommendations in their entirety.  The Commissioner of the Social Security's

decision is supported by substantial evidence.  Therefore, the court adopts and affirms Magistrate Judge Pead's Report and Recommendation as the Order of the court.  Accordingly, the court denies Plaintiff's Motion for Review of Agency Action [ECF No. 11].

DATED this 14th day of August, 2023.

BY THE COURT:

DALE A. KIMBALL
United States District Judge